IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | 4:09CR3121 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | MEMORANDUM AND ORDER |
| | ) | |
| HUMBERTO JACOBO, | ) | |
| | ) | |
| Defendant. | ) | |

The defendant and his counsel need additional time to consider the government's proposed plea agreement and prepare for the defendant's anticipated change of plea. Accordingly,

IT IS ORDERED:

1) The defendant's motion to continue his change of plea hearing, (filing no. 22), is granted.

2) The defendant's plea hearing will be conducted before the undersigned magistrate judge on October 26, 2011 at 2:00 p.m. The defendant is ordered to appear at this hearing.

3) For the reasons stated by defendant's counsel, the Court finds that the ends of justice served by continuing defendant's plea hearing outweigh the best interest of the defendant and the public in a speedy trial. Accordingly, the time between today's date and October 26, 2011 shall be excluded for speedy trial calculation purposes. 18 U.S.C. § 3161(h)(7).

DATED this 23rd day of September, 2011.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge